■ DONALD W. WILKINSON et al., Respondents, v ROBERT HOELSCHER, Appellant. (Appeal No. 2.)—Appeal from order insofar as it denied reargument unanimously dismissed without costs *(see, Empire Ins. Co. v Food City,* 167 AD2d 983) and otherwise order modified on the law and as modified affirmed

in accordance with same Memorandum as in *Wilkinson v Hoelscher* (185 AD2d 665 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Joslin, J.—Renewal.) Present—Denman, P. J., Pine, Balio, Lawton and Doerr, JJ.